WELLS FARGO BANK, N.A. *v.* ALLSTATE INSURANCE COMPANY.

2016-Ohio-3026.]

(No. 2015–1252—Submitted February 10, 2016—Decided May 18, 2016.)

{¶ 1} The court has determined, sua sponte, that the certified question of state law was improvidently accepted for review. Accordingly, this cause is dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Thompson Hine, L.L.P., Philip B. Sineneng, and Anthony C. White, for respondent, Wells Fargo Bank, N.A.

Bonezzi, Switzer, Polito & Hupp Co., L.P.A., and Margo S. Meola, for petitioner, Allstate Insurance Co.